Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
1024 Iron Point Rd.
Folsom, CA 95630
Telephone:    (916) 357-6517
Facsimile:    (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Attorneys for Plaintiffs EDWARD MILLER, TARA KANE

KEVIN G. McCURDY  (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:  (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com
E-mail   robert.scott@mccurdylawyers.com

Attorneys for Defendants
SAFECO INSURANCE COMPANY
OF AMERICA and FIRST NATIONAL
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MILLER, TARA KANE,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; FIRST NATIONAL INSURANCE COMPANY OF AMERICA; Does 1 through 20, inclusive,<br><br>  Defendants. | CASE NO. 2:13 – CV – 00581 – MCE - KJN<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal, ECF No. 20, this action is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  April 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

52656

**ORDER DISMISSING ACTION WITH PREJUDICE**